

# THE THIRTEENTH COURT OF APPEALS

13-16-00189-CV

Danny Hilal
v.
Harris County, et al.

On appeal from the
151st District Court of Harris County, Texas
Trial Cause No. 2014-37265

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 19, 2016.